IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE WILKERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:14-CV-693-WKW |
| | ) |
| STEPHAN GOZDAN, | ) |
| Chief Financial Officer, Cenlar, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On July 29, 2014, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 6.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation is ADOPTED. Accordingly, it is ORDERED that, to the extent Plaintiff asserts a claim for criminal prosecution of Defendants, such claim is DISMISSED without prejudice for lack of jurisdiction, as Plaintiff lacks standing to pursue it and further that Plaintiff's remaining claims are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), without an opportunity for amendment, for failure to state a claim upon which relief can be granted.

DONE this 19th day of August, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE